1  QUIN DENVIR, Bar #49374
   Federal Defender
2  MARK A  LIZARRAGA, CA Bar #186240
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, California  93721-2226
4  Telephone  (559) 487-5561

5  Attorney for Defendant

FILED

2005 APR 29  P 12 23

CLERK US DIST COURT
EASTERN DIST OF CALIF
AT  r F  SNO

BY_____
         'D\ III Y

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,         )   NO   01 cr-03-5403 REC
                                      )
11              *Plaintiff,*          )   STIPULATION TO CONTINUE MOTIONS
                                      )   HEARING, TRIAL SETTING, STATUS
12      v                             )   CONFERENCE, AND PROPOSED  ORDER
                                      )   THEREON
13  STANLEY JOEY MONTANO,             )
                                      )   Date   May 23, 2005
14              *Defendant*           )   Time   10 00 a m
                                      )   Judge  Hon  Robert E  Coyle
15

16          IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel,

17  that the Motions Hearing, Trial Setting, and Status Conference, in the above entitled action,  currently set

18  for May 2, 2005, are hereby continued to **May23, 2005 at 10.00 a.m**

19          The parties agree that the delay resulting from the continuance shall be excluded in the interests of

20  justice, including but not limited to, the need for the period of time set forth herein for effective defense

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1 | preparation pursuant to 18 U S C § 3161(h)(8)(B)(iv)

2 | DATED  April 28, 2005          MCGREGOR W  SCOTT
                                   United States Attorney

3

4

5 |                               By /s/ Stanley A  Boone
                                   STANLEY A  BOONE
6 |                               Assistant U S  Attorney
                                   Attorney for Plaintiff
7

   DATED  April 28, 2005          QUIN DENVIR
8 |                               Federal Public Defender

9

10

11 |                              By  /s/ Mark A  Lizárraga
                                   MARK A  LIZÁRRAGA
                                   Assistant Federal Defender
12 |                              Attorney for Defendant

13

14 |                          **O R D E R**

        IT IS SO ORDERED   Time is excluded in the interests of justice pursuant to 18 U S C §

15 | 3161(h)(8)(B)(iv)

16 |      DATED  April 29, 2005

17

18

19 | _____
     ROBERT E  COYLE
20 | U S  District Court Judge for the
     Eastern District of California

21

22

23

24

25

26

27

28

Stipulation to Cont  Motions Hearing,Trial Setting,etc          2