```
QUIN DENVIR, Bar #49374
Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561
```

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.  01:03-cr-5403 REC |
| ) | |
| *Plaintiff*, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING; AND ORDER |
| v. ) | THEREON |
| ) | |
| STANLEY JOEY MONTANO, ) | Date:  June 20, 2005 |
| ) | Time:   9:00 a.m. |
| *Defendant*. ) | Judge: Hon.  Robert E. Coyle |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the Status Conference Hearing, in the above entitled action, currently set for May 23, 2005, is hereby continued to **June 20, 2005 at 9:00 a.m.**.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: May 19, 2005                           MCGREGOR W. SCOTT
                                                    United States Attorney

By /s/ Stanley A. Boone
    STANLEY A. BOONE
    Assistant U.S. Attorney
    Attorney for Plaintiff

DATED: May 19, 2005                           QUIN DENVIR
                                                      Federal Public Defender

By /s/ Mark A. Lizárraga
    MARK A. LIZÁRRAGA
    Assistant Federal Defender
    Attorney for Defendant

## **O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: May 24, 2005

/s/ OLIVER W. WANGER
_____
HON. OLIVER W. WANGER
U.S. District Court Judge for the
Eastern District of California

Stipulation to Continue Status Conference Hearing        2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation to Continue Status Conference Hearing         3