QUIN DENVIR, Bar #49374
Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.  01:03-cr-5403 OWW |
| ) | |
| *Plaintiff*, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING; AND  ORDER |
| v. ) | THEREON |
| ) | |
| STANLEY JOEY MONTANO, ) | Date:  August 15, 2005 |
| ) | Time:  9:00 a.m. |
| *Defendant*. ) | Judge: Hon. Oliver W. Wanger |
| _____ ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the Status Conference Hearing, in the above entitled action,  currently set for July 12, 2005,  is hereby continued to **August 15, 2005 at 9:00 a.m.**.

   The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: July 7, 2005                    MCGREGOR W. SCOTT
                                       United States Attorney


                                       By /s/ Stanley A. Boone
                                       STANLEY A. BOONE
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff

DATED: July 7, 2005                    QUIN DENVIR
                                       Federal Public Defender


                                       By /s/ Mark A. Lizárraga
                                       MARK A. LIZÁRRAGA
                                       Assistant Federal Defender
                                       Attorney for Defendant

## **O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: July__8___, 2005

                                       /S/ OLIVER W. WANGER
                                       _____
                                       HON. OLIVER W. WANGER
                                       U.S. District Court Judge for the
                                       Eastern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28