QUIN DENVIR, Bar #49374
Federal Defender
MARK A.  LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO.  01:03-cr-5403 OWW |
|---|---|---|
| _Plaintiff,_ | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND  ORDER THEREON |
| v. | ) ) | |
| STANLEY JOEY MONTANO, | ) | Date:  November 14,  2005 |
| _Defendant._ | ) ) | Time:  9:00 a.m. Judge: Hon. Oliver W. Wanger |
| _____ | ) | |

        IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel,

that the Status Conference Hearing, in the above entitled action,  currently set for October 31, 2005,  is

hereby continued to **November 14, 2005 at 9:00 a.m.**.

        The parties agree that the delay resulting from the continuance shall be excluded in the interests of

justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

///

///

///

///

///

///

1  preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

2          DATED: October 25, 2005                    MCGREGOR W. SCOTT
                                                       United States Attorney
3

4

5                                                      By /s/ Stanley A. Boone
                                                       STANLEY A. BOONE
6                                                      Assistant U.S. Attorney
                                                       Attorney for Plaintiff
7
           DATED: October 25, 2005                     QUIN DENVIR
8                                                      Federal Public Defender

9

10                                                     By  /s/ Mark A. Lizárraga
                                                       MARK A. LIZÁRRAGA
11                                                     Assistant Federal Defender
                                                       Attorney for Defendant
12

13                                  **O R D E R**

14
           IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §
15
    3161(h)(8)(B)(iv).
16
           DATED: October_28___, 2005
17

18                                                     /s/Oliver W. Wanger
                                                       HON. OLIVER W. WANGER
19                                                     U.S. District Court Judge for the
                                                       Eastern District of California
20

21

22

23

24

25

26

27

28

Stipulation to Continue Status Conference Hearing          2